IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEE RICHES,
    Plaintiff,

vs.                                    Case No. 3:09cv63/LAC/EMT

JENNIFER ANISTON, et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the court on referral from the clerk. Plaintiff, a federal prisoner proceeding pro se, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* Doc. 1). On February 23, 2009, Plaintiff was ordered to file a motion to proceed in forma pauperis (IFP) or pay the filing fee (Doc. 3). Plaintiff failed to respond, therefore, on June 24, 2009, this court entered an order directing Plaintiff to show cause why this action should not be dismissed for failure to comply with an order of the court (Doc. 4). On July 8, 2009, the copy of the order mailed to Plaintiff was returned as undeliverable, marked "Inmate no longer at this facility" (*see* Doc. 5). The Federal Bureau of Prisons ("BOP") Inmate Population Information database indicates that Plaintiff is currently housed at FMC Lexington, Federal Medical Center, P.O. Box 14500, Lexington, KY 40512. *See* http://www.bop.gov/inmatelocator (search results attached). Therefore, the clerk will be directed to change Plaintiff's address of record to the address indicated in the BOP database.[1] Additionally, Plaintiff will be given an extension of time to file a complete IFP motion or pay the filing fee.

    Accordingly, it is **ORDERED**:

---

[1] Plaintiff is reminded of his continuing obligation to notify the court of any changes in his address.

1.  The clerk is directed to update Plaintiff's address of record to the following: Jonathan Lee Riches, Fed. Reg. No. 40948-018, FMC Lexington, Federal Medical Center, P.O. Box 14500, Lexington, KY 40512.

2.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall file a complete motion to proceed in forma pauperis or pay the filing fee of $350.00 as previously ordered.

3.  Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 16th day of July 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**